IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MINDY WELFORD,** | ) |
| | ) **CIVIL ACTION NO.:** |
| Plaintiff, | ) **1:20-cv-151-LG-RPM** |
| | ) |
| v. | ) |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC, AND PROFESSIONAL COLLECTION SERVICE, INC.** | ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANT PROFESSIONAL COLLECTION SERVICE, INC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Professional Collection Service, Inc., the Defendant in the above-captioned matter and, pursuant to Fed. R. Civ. P. 56, moves for summary judgment as to each of the claims raised by Plaintiff, Mindy Welford. This Motion is based upon the pleadings in this matter, Defendant's written discovery requests, Plaintiff's judicial admissions, and the Declaration of H. Richmond Culp, III as well as Plaintiff's apparent abandonment of the case. Accompanying this Motion is a supporting Memorandum of Law, and Defendant's Statement of Uncontested Material Facts.

WHEREFORE, Professional Collection Service, Inc. respectfully asks that this Court issue an Order granting its Motion and to enter judgment in its favor, casting all fees and costs upon Plaintiff.

Respectfully submitted this 30th day of October, 2020.

Professional Collection Service, Inc, Defendant
By: */s/ H. Richmond Culp, III*
H. Richmond Culp, III
Mississippi Bar No. 7936

1

2703716

OF COUNSEL:
MITCHELL, MCNUTT & SAMS
ATTORNEYS AT LAW
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
(662) 842-3871
rculp@mitchellmcnutt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing **Defendant Professional Collection Service, Inc.'s Motion for Summary Judgment** by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Jacob R. Burns, Esq.
Post Office Box 2159
Pascagoula, MS 395696-2159
jacob.richard.burns@gmail.com

W. Price Donahoo, Esq.
Donahoo Law Firm, PLLC
Post Office Bo 1549
Madison, MS 39130-0883
price@donahoolawfirm.com

This the 30th day of October, 2020.

/s/ *H. Richmond Culp, III*
H. RICHMOND CULP, III

2

2703716