## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MINDY WELFORD**                                                              **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:20-cv-151-LG-RPM**

**EQUIFAX INFORMATION**
**SERVICES, LLC, and**                                                    **DEFENDANTS**
**PROFESSIONAL COLLECTION**
**SERVICE, INC.**

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith,

the Court finds that this lawsuit should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be,

and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of December, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE